IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAN TRAMPP                                                                           PLAINTIFF

vs.                                          Civil No. 2:19-cv-02041

ANDREW SAUL,                                                  DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 18th day of March 2020, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE